64

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States Courts

United States Courts
Southern District of Texas
FILED

*October 17, 2023*

Nathan Ochsner, Clerk of Court

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | **M-23-1448** |
| | § | | |
| RAFAEL GUTIERREZ-GALVAN | § | | |
| DEYANIRA GARZA | § | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From August 16, 2023, to on or about September 26, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**RAFAEL GUTIERREZ-GALVAN**
and
**DEYANIRA GARZA**

knowingly imported and brought into the United States merchandise, to wit: a live spider monkey (*Ateles geoffroyi*), a live margay (*Leopardus wiedii*), and a live jaguar (*Panthera onca*), contrary to law, and received, concealed, bought, and facilitated the transportation and concealment of such merchandise after importation, knowing the same to have been imported and brought into the United States contrary to the Endangered Species Act, Title 16, United States Code, Sections 1538(e), 1538(c)(1), and 1540(b)(1).

In violation of Title 18, United States Code, Section 545 and 2.

### Count Two

From August 16, 2023, to on or about September 26, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**RAFAEL GUTIERREZ-GALVAN**
and
**DEYANIRA GARZA**

knowingly engaged in conduct that involved the sale and purchase of, offer for sale and purchase of, and intent to sell and purchase endangered wildlife species with a market value in excess of $350.00, to wit: the following wildlife classified as Appendix I and II wildlife in the Convention on International Trade in Endangered Species of Wild Fauna and Flora:

| Quantity | Common Name | Scientific Name | CITES Appendix |
|---|---|---|---|
| 1 | Spider Monkey | *Ateles geoffroyi* | II |
| 1 | Margay | *Leopardus wiedii* | I |
| 1 | Jaguar | *Panthera onca* | I |

in that said wildlife had been transported in violation of and in a manner unlawful under the laws and regulations of the United States, specifically, in violation of the Convention on International Trade in Endangered Species of Wild Fauna and Flora, as prohibited by the Endangered Species Act, Title 16, United States Code, Sections 1538(c)(1) and (d)(1), and Title 50, Code of Federal Regulations, Section 23.13

In violation of Title 16, United States Code, Sections 3372(a)(2)(A), 3372(a)(4), 3373(d)(1)(A) and (B), and Title 18, United States Code, Section 2.

### Count Three

On or about September 26, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**RAFAEL GUTIERREZ-GALVAN**

knowingly and unlawfully possessed a prohibited wildlife species, namely, a live jaguar (*Panthera onca*).

In violation of Title 16, United States Code, Sections 3372(e) and 3373(d)(4).

## NOTICE OF CRIMINAL FORFEITURE
(16 U.S.C. § 3374) (28 U.S.C. § 2461(c)) (19 U.S.C. § 1595a(c))

Pursuant to Title 16, United States Code, Section 3374(a), Title 28, United States Code, Section 2461(c), and Title 19, United States Code, Section 1595a(c), the United States of America gives notice to the defendants,

**RAFAEL GUTIERREZ-GALVAN**
and
**DEYANIRA GARZA**

that upon conviction of the offenses charged in Counts ONE, TWO, or THREE of the Indictment, the following property is subject to forfeiture:

I. All fish or wildlife or plants bred, possessed, imported, exported, transported, sold, received, acquired, or purchased contrary to the provisions of 16 U.S.C. § 3372 (excluding § 3372(b)), or any regulation issued pursuant thereto; and

II. All vessels, vehicles, aircraft, and other equipment used to aid in the importing, exporting, transporting, selling, receiving, acquiring, or purchasing of fish or wildlife or plants in a criminal violation of 16 U.S.C. § 3372.

The property subject to forfeiture includes, but is not limited to:

| Quantity | Common Name | Scientific Name |
|---|---|---|
| 1 | Spider Monkey | *Ateles geoffroyi* |
| 1 | Margay | *Leopardus wiedii* |
| 1 | Jaguar | *Panthera onca* |

## NOTICE OF CRIMINAL FORFEITURE
(18 U.S.C. § 982(a)(2)(B))

Pursuant to Title 18, United States Code, Section 982(a)(2)(B), the United States of America gives notice to the defendants,

RAFAEL GUTIERREZ-GALVAN
and
DEYANIRA GARZA

that upon conviction of the offense charged in Count ONE of the Indictment, any property constituting, or derived from, proceeds obtained directly or indirectly from the count of conviction shall be subject to forfeiture. That property includes, but is not limited to: $79,600 in United States Currency.

**SUBSTITUTE ASSETS**

In the event that the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 982 as a result of any act or omission of the defendants:

A) cannot be located upon the exercise of due diligence;

B) has been placed beyond the jurisdiction of the Court;

C) has been transferred or sold to, or deposited with a third party;

D) has been substantially diminished in value; or

E) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendants up to the value of such property, pursuant to Title 18, United States Code, Section 982(b)(1), and Title 21, United States Code, Section 853(p), incorporated by reference in Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY